**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2335**

DONALD LEON SMILEY,

               Plaintiff - Appellant,

      v.

DAVID STANLEY PARKER; D.O.C., Worldwide Et Al; NATION BANK
OF AMERICA; RICHMOND VIRGINIA FEDERAL BUILDING,

               Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (2:09-cv-00551-RAJ-FBS)

Submitted:  March 16, 2010        Decided:  March 19, 2010

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald Leon Smiley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Leon Smiley appeals the district court's order dismissing his civil complaint for failure to state a claim on which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smiley v. Parker, No. 2:09-cv-00551-RAJ-FBS (E.D. Va. Nov. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED